# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>STEVEN SHAW,<br><br>                  Defendant. | Case No. 20-CR-55-JPS<br><br><br>**ORDER** |

       On March 3, 2020, the grand jury returned a three-count indictment charging Defendant with possession with intent to distribute a controlled substance, being a felon in possession of a firearm, and possession of firearms in furtherance of drug trafficking in violation of 21 U.S.C. §§ 2, 841(a)(1), 841(b)(1)(A) and 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 924(c)(1)(A)(i). (Docket #1). On August 25, 2020, the parties entered into a plea agreement as to Count One of the Indictment. (Docket #11).

       The parties appeared before Magistrate Judge William E. Duffin on September 23, 2020 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #13). Defendant entered a plea of guilty as to Count One of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #14).

       On September 24, 2020, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted, (2) a pre-sentence investigation be conducted and report prepared, and (3) Defendant be adjudged guilty, and sentence be imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #14) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2020.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge